In the Matter of Proving the Will of SARAH A. DELMAR, Deceased.

HENRY F. BARNES et al., Appellants; THE NATIONAL CITY BANK OF NEW YORK et al., Respondents.

*Will* — *probate contested on grounds of testamentary incapacity and that paper propounded was not will of deceased.*

*Matter of Delmar*, 220 App. Div. 827, affirmed.

(Argued March 27, 1928; decided April 10, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which unanimously affirmed a decree of the New York County Surrogate's Court admitting to probate a proper propounded as the last will and testament of Sarah A. Delmar, deceased. Probate was contested on the ground of testamentary incapacity to make a will and upon the further ground that the paper propounded was not the will of the deceased. (See 243 N. Y. 7.)

*S. Wallace Dempsey* and *S. Michael Ress* for appellants.

*Robert McLeod Jackson* and *H. Victor Crawford* for National City Bank, respondent.

*James F. Donnelly* for Fanny P. Evans et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.